IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**STEPHEN B. WAINWRIGHT,**

Petitioner,

v.  Civil Action No. **3:13CV09**

**ERIC D. WILSON,**

Respondent.

## MEMORANDUM OPINION

By Memorandum Order entered on June 7, 2013, the Court conditionally docketed Petitioner's action. On June 20, 2013, the United States Postal Service returned the June 7, 2013 Memorandum Order to the Court marked, "RETURN TO SENDER - NOT AT THIS ADDRESS," and "FORWARDING ORDER EXPIRED." Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. A certificate of appealability will be DENIED.

An appropriate Order shall accompany this Memorandum Opinion.

/s/ John A. Gibney, Jr.
United States District Judge

Date: 7/25/13
Richmond, Virginia